**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

December 31, 2001

MEMORANDUM TO COUNSEL RE:   Vance v. Smith
Civ. No. AMD 01-2962

    The Motion to Dismiss or, in the Alternative, to Stay Litigation Pending Arbitration (Paper No. 7), together with the opposition thereto, have been read and considered. Elaborate discussion of the issues seems unnecessary. Indeed, I take it that defendant's decision not to file a reply memorandum is the best indication that defendant agrees that the arbitration clause in the subject employment agreement is a "narrow" clause under Fourth Circuit precedent, as plaintiff argues, and that, in any event, the claims in this case (with perhaps one exception) do not arise out of the employment agreement.

    Accordingly, the motion is DENIED. Defendant shall file his answer to the complaint on or before January 21, 2002.

    Despite the informal nature of this letter, it is an Order of Court and the Clerk shall docket it as same.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file

